## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

XO COMMUNICATIONS, LLC,
11111 Sunset Hills Drive
Reston, Virginia 20190

          Plaintiff,

      v.

CYIOS CORPORATION,

          Defendant.

CASE NUMBER   1:06CV01918

JUDGE: Ricardo M. Urbina

DECK TYPE: General Civil

DATE STAMP: 11/09/2006

)
)
)
)

### COMPLAINT

Plaintiff XO Communications, LLC ("XO" or "Plaintiff"), by its undersigned attorneys, alleges as follows, upon actual knowledge with respect to itself and its own acts, and upon information and belief as to all other matters:

### NATURE OF THE ACTION

1.     This action is brought by XO against Defendant Cyios Corporation ("Defendant") for Defendant's unauthorized use of Plaintiff's XO trademark and trade name as part of the trademark and trade name XO OFFICE and the domain name xooffice.com used by Defendant in connection with web-hosting services and related products and services.

2.     XO seeks relief from Defendant's willful violation of XO's trademark rights. Defendant's use of the XO OFFICE trademark and trade name and the xooffice.com domain name infringes XO's established trademark rights in the XO mark, dilutes the distinctiveness

of that famous mark in the telecommunications industry, and constitutes trademark

infringement, dilution, unfair competition, and cybersquatting under federal and/or common

law.

## THE PARTIES

3.      Plaintiff XO Communications, LLC is a Delaware limited-liability company

having a principal place of business at 11111 Sunset Hills Drive, Reston, Virginia 20190.

4.      On information and belief, Defendant Cyios Corporation is a Washington,

D.C. corporation having a principal place of business at 1300 Pennsylvania Avenue, NW,

Washington, D.C. 20004.

## JURISDICTION AND VENUE

5.      This action arises under the federal Trademark Act, 15 U.S.C. § 1051, *et. seq.*,

and the common law of the District of Columbia.  This Court has jurisdiction over the subject

matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a) and (b).

This Court has supplemental jurisdiction over XO's common law claim pursuant to 28

U.S.C. § 1367 because that claim is substantially related to XO's federal Lanham Act claims.

6.      This court has personal jurisdiction over Defendant, and venue is proper in

this District pursuant to 28 U.S.C. § 1391(b) and (c) because Defendant resides in this

District, is being harmed in this District, and is using the infringing XO OFFICE trademark

and trade name in this District.

## XO'S ACTIVITIES AND TRADEMARKS

7.      XO is a leading telecommunications provider that offers nationwide

communication solutions for businesses, agents, and carriers.  XO offers a variety of services

under its XO mark and name, including web hosting, private networking, data transport, Internet access, and local and long distance voice services. XO has continuously used the XO mark and name to promote its services since September 2000.

8.    XO owns the domain name xo.com, which has been used to identify the main XO website and to promote its services under the XO mark since September 2000.

9.    XO also owns the domain name xo-office.com, which was registered on September 6, 2000 and is used to re-direct users to XO's main website. In addition, XO uses xo-office.com as a subdomain for customer web-hosting.

10.    XO offers a wide range of web-hosting products under its XO mark to small, growing, and large businesses to create, support, and manage an Internet presence. XO's array of web-hosting services include products that are used for managing e-mail, schedules, and resources online that integrate with a number of Microsoft® applications, including Microsoft® Exchange, Microsoft Outlook®, Microsoft® Appointment Manager, and Microsoft® bCentral™.

11.    XO's web-hosting services also include the Web Mail program, which is a browser based e-mail application that provides subscribers and their employees access to e-mail through any Internet connection.

12.    XO has continuously and prominently used its XO mark since as early as September 2000 for its web-hosting and telecommunications services and related products and services. During this time, XO has sold billions of dollars of XO-branded services, and has spent more than $100,000,000 to advertise, market, and promote its XO-branded services.

13.    The XO mark is arbitrary as applied to XO's products and services, including its web-hosting and telecommunications services, and is thus inherently strong.

14.    XO owns common law rights as well as numerous federal trademark registrations and applications for the mark XO and XO-formative marks including, but not limited to, the following:

| MARK | REG. NO./ REG. DATE | GOODS/SERVICES |
|---|---|---|
| XO | 2,796,531 12/23/2003 | Software consulting and design services for others; computer hardware consulting and design services; consulting services relating to information technology and computer networking; consulting services relating to voice and data communications and databases; providing on-line or internet information services in the fields of computers, computer and internet security; computer services, namely, creating indexes of information, sites, and other resources available on computer networks, and registration of Internet web sites with indexes and search engines for others; design of telecommunications systems, namely, cellular telephone systems and voice, data, facsimile, and video communications systems; technical consulting services in the field of telecommunications; compilation, analysis, retrieval, and provision of information regarding managed security, Internet usage, global computer network usage, telephone usage, or intranet network usage and extranet network usage; writing, development, updating, and design of computer software for others; design, drawing, and commissioned writing, all for the compilation of web pages on the internet; information and advisory services relating to the weather and restaurants; hosting of Web sites, computer databases, computer networks, interactive computer communications networks, and electronic publications, namely, Web pages and newsletters for others; computer programming design for others; database development services; consulting services relating to interactive databases; maintenance and servicing of computer software, telecommunications software, and Internet software; consulting and research in the fields of computers, telecommunications, and Web hosting; computer services, namely, creating, maintaining, and managing Web sites for others; telecommunications network planning, management, and support; and hosting of computer bulletin boards for others, in International Class 42. |
| XO (Stylized) | 2,767,282 9/23/2003 | Software consulting and design services for others; computer hardware consulting and design services; consulting services relating to information technology and computer networking; |

| | | |
|---|---|---|
| | | consulting services relating to voice and data communications and databases; providing on-line or internet information services in the fields of computers, computer and internet security; computer services, namely, creating indexes of information, sites, and other resources available on computer networks, and registration of Internet web sites with indexes and search engines for others; design of telecommunications systems, namely, cellular telephone systems and voice, data, facsimile, and video communications systems; technical consulting services in the field of telecommunications; compilation, analysis, retrieval, and provision of information regarding managed security. Internet usage, global computer network usage, telephone usage, or intranet network usage and extranet network usage; writing, development, updating, and design of computer software for others; design, drawing, and commissioned writing, all for the compilation of web pages on the internet; information and advisory services relating to the weather and restaurants; hosting of Web sites, computer databases, computer networks, interactive computer communications networks, and electronic publications, namely, Web pages and newsletters for others; computer programming design for others; database development services; consulting services relating to interactive databases; maintenance and servicing of computer software, telecommunications software, and Internet software; consulting and research in the fields of computers, telecommunications, and Web hosting; computer services, namely, creating, maintaining, and managing Web sites for others; telecommunications network planning, management, and support; and hosting of computer bulletin boards for others, in International Class 42. |
| XO | 2,891,109 10/5/2004 | Telecommunications services, namely, long distance, and international voice, text, facsimile, video and data telecommunications services; providing frame relay connectivity services for data transfer; virtual network telecommunications services; electronic mail and voice mail messaging services; packet services; computer aided transmission of messages and images; audio teleconferencing services; private line voice, text, and data telecommunications services; telecommunication services, namely, collect call services; asynchronous transfer mode services; providing telecommunications connections to global computer networks; Internet broadcast services; communication by computer terminal; telecommunications services provided through digital means, namely telecommunications services, namely, long distance, and international voice, text, and data telecommunications services; electronic collection, transmission, and processing of messages and data; remote data access services, namely virtual private networks, direct Internet access, dial-up Internet access, dial-up network access, and digital subscriber lines; electronic mail services; telecommunications and data communications services, namely, providing access to telecommunications servers, relays, and lines of others for the collaborative and distributed use of computer software over communication lines; on-line information services relating to telecommunications services and security; electronic transmission of data, images, and documents via |

| | | |
|---|---|---|
| | | computer terminals; providing multiple user access to computer via computer terminals; providing multiple user access to computer networks; facsimile services; providing online facilities for others for real-time interaction with other computer users, namely, instant messaging; video teleconferencing services; telemission of voice, text, facsimile, video and data via satellite and undersea telecommunications links, in International Class 38. |
| XO (Stylized) | 2,768,046 9/23/2003 | Telecommunications services, namely, long distance, and international voice, text, facsimile, video and data telecommunications services; providing frame relay connectivity services for data transfer; virtual network telecommunications services; electronic mail and voice mail messaging services; packet services; computer aided transmission of messages and images; audio teleconferencing services; private line voice, text, and data telecommunications services; telecommunication services, namely, collect call services; asynchronous transfer mode services; providing telecommunications connections to global computer networks; Internet broadcast services; communication by computer terminal; telecommunications services provided through digital means, namely telecommunications services, namely, long distance, and international voice, text, and data telecommunications services; electronic collection, transmission, and processing of messages and data; remote data access services, namely virtual private networks, direct Internet access, dial-up Internet access, dial-up network access, and digital subscriber lines; electronic mail services; telecommunications and data communications services, namely, providing access to telecommunications servers, relays, and lines of others for the collaborative and distributed use of computer software over communication lines; on-line information services relating to telecommunications services and security; electronic transmission of data, images, and documents via computer terminals; providing multiple user access to computer via computer terminals; providing multiple user access to computer networks, in International Class 38. |
| XO (Stylized) | 2,867,094 7/27/2004 | Wireless digital messaging services; location independent personal communications services comprising mobile voice, data, and facsimile services; providing online facilities for others for real-time interaction with other computer users, namely, instant messaging; video teleconferencing services; telemission of voice, text, facsimile, video and data via satellite and undersea telecommunications links, in International Class 38. |
| XO | 2,796,530 12/23/2003 | Business marketing consulting services; business consultation in the field of electronic commerce; business management in the field of telecommunications; business consulting services relating to telecommunications networks and business operations; telemarketing; providing telephone directory information; promoting the services of telecommunications, web hosting, and electronic commerce through the distribution of printed and audio promotional materials, and by rendering sales promotion advice; preparation and provision of statistical information relating to business, namely, telecommunications usage, computer network usage, and Internet Web site usage; business appraisal; business consultation and research in the field of electronic commerce; |

| | | |
|---|---|---|
| | | compilation and provision of business and commercial information relating to telecommunications, web hosting, and electronic commerce; conducting business research; compilation and transcription of data, relating to telecommunications usage, computer network usage, and Internet Web site usage; preparation of business reports; computerized database management services; computerized interactive database management; dissemination of advertising material for others; dissemination of advertising material for others via the internet, intranet, or other global computer network; licensing of computer software; providing online or Internet services in the fields of databases and database management; real time customer support services in the field of telecommunications; data processing services; and business management advice and assistance relating to computers and/or telecommunications, in International Class 35. |
| XO (Stylized) | 2,767,283 9/23/2003 | Business consulting services relating to telecommunications networks and business operations; providing telephone directory information; preparation and provision of statistical information relating to business, namely, telecommunications usage, computer network usage, and Internet Web site usage; compilation and provision of business and commercial information relating to telecommunications, web hosting, and electronic commerce; compilation and transcription of data, relating to telecommunications usage, computer network usage, and Internet Web site usage; preparation of business reports; computerized database management services; licensing of computer software; real-time customer support services in the field of telecommunications; data processing services, in International Class 35. |
| XO | 2,915,944 1/4/2005 | Computer hardware and telecommunications software for Internet access, web hosting, networking, secured communications; computer hardware for telecommunications services, namely, local, long distance, and international voice, text, facsimile, video, and data telecommunication services; modems; voice and data transmitting, carrying and receiving equipment, namely telecommunication carriers, central office and remote terminals, channel banks; computer hardware and software for processing, logging, storing, transmission, reception, and/or retrieval of sound and/or data; compact discs and CD-ROMS for storage, recoding, transmission, retrieval, reproduction, display and print-out of sound, images and/or data; prerecorded computer programs used in providing telecommunication services; prerecorded computer programs used in connection with and for accessing computer networks, databases, and computer bulletin boards, in International Class 9. |

| XO | 2,931,064 3/8/2005 | Computer software and telecommunications hardware for Internet access, web hosting, networking, secured communications; computer software for telecommunications services, namely, local, long distance, text, and data telecommunication services; data collection apparatus; fiber optic cable; integrated circuits; computer software for retrieval, reproduction, manipulation, analysis, displays, and/or print-out of sound and/or data, in International Class 9. |
|---|---|---|
| XO (Stylized) | 2,780,579 11/4/2003 | Computer hardware and telecommunications software for Internet access, web hosting, networking, secured communications; computer hardware for telecommunications services, namely, local, long distance, and international voice, text, facsimile, video, and data telecommunication services; modems; voice and data transmitting, carrying and receiving equipment, namely telecommunication carriers, central office and remote terminals, channel banks; computer hardware and software for processing, logging, storing, transmission, reception, and/or retrieval of sound and/or data; compact discs and CD-ROMS for storage, recoding, transmission, retrieval, reproduction, display and print-out of sound, images and/or data; prerecorded computer programs used in providing telecommunication services; prerecorded computer programs used in connection with and for accessing computer networks, databases, and computer bulletin boards, in International Class 9. |
| XO (Stylized) | 2,756,717 8/26/2003 | Construction of telecommunication systems, namely, voice, data, facsimile, and video communications systems and Internet connections; installation and maintenance of telecommunications systems, namely, voice and data communications systems, and Internet connections; installation, maintenance, and repair of computers, computer related hardware, and computer networks, in International Class 37. |
| XOFFERINGS | 2,779,965 11/4/2003 | Software consulting and design services for others; computer hardware consulting and design services; consulting services relating to information technology and computer networking; consulting services relating to voice and data communications and databases; providing on-line or internet information services in the fields of computers, computer and internet security; computer services, namely, creating indexes of information, sites, and other resources available on computer networks, and registration of Internet web sites with indexes and search engines for others; design of telecommunications systems, namely, cellular telephone systems and voice, data, facsimile, and video communications systems; technical consulting services in the field of telecommunications; compilation, analysis, retrieval, and provision of information regarding managed security, Internet usage, global computer network usage, telephone usage, or intranet network usage and extranet network usage; writing, development, updating, and design of computer software for others; design, drawing, and commissioned writing, all for the compilation of web pages on the internet; information and advisory services relating to the weather and restaurants; hosting of Web sites, computer databases, |

8

| | | computer networks, interactive computer communications networks, and electronic publications, namely, Web pages and newsletters for others; computer programming design for others; database development services; consulting services relating to interactive databases; maintenance and servicing of computer software, telecommunications software, and Internet software; consulting and research in the fields of computers, telecommunications, and Web hosting; computer services, namely, creating, maintaining, and managing Web sites for others; telecommunications network planning, management, and support; and hosting of computer bulletin boards for others, in International Class 42. |
|---|---|---|
| XOFFERINGS | 2,770,211<br>9/30/2003 | Virtual network telecommunications services; electronic mail and voice mail messaging services; packet services; computer aided transmission of messages and images; audio teleconferencing services; private line voice, text, and data telecommunications services; telemission of voice, text, facsimile, video and data via terrestrial telecommunication links; asynchronous transfer mode services; telecommunications services provided through digital means, namely telecommunications services, namely, long distance, and international voice, text, and data telecommunications services; remote data access services, namely digital subscriber lines; telecommunications and data communications services, namely, providing access to telecommunications servers, relays, and lines of others for the collaborative and distributed use of computer software over communication lines; on-line information services relating to telecommunications services and security; electronic transmission of data, images, and documents via computer terminals; providing on-line electronic bulletin boards for transmission of messages among computer users concerning telecommunications services, telecommunication security, and Internet security; providing on-line electronic bulletin boards for telecommunication services and security; providing multiple user access to computer via computer terminals; providing multiple user access to computer networks; providing telecommunications connections to global computer networks; remote access data services, namely, virtual private networks, direct Internet access, dial-up Internet access, dial-up network access, in International Class 38. |
| XOPTIONS | 2,769,615<br>9/30/2003 | Software consulting and design services for others; computer hardware consulting and design services; consulting services relating to information technology and computer networking; consulting services relating to voice and data communications and databases; providing on-line or internet information services in the fields of computers, computer and internet security; computer services, namely, creating indexes of information, sites, and other resources available on computer networks, and registration of Internet web sites with indexes and search engines for others; design of telecommunications systems, namely, cellular telephone systems and voice, data, facsimile, and video communications systems; technical consulting services in the field of telecommunications; compilation, analysis, retrieval, and provision of information regarding managed security, Internet usage, global |

| | | |
|---|---|---|
| | | computer network usage, telephone usage, or intranet network usage and extranet network usage; writing, development, updating, and design of computer software for others; design, drawing, and commissioned writing, all for the compilation of web pages on the internet; information and advisory services relating to the weather and restaurants; hosting of Web sites, computer databases, computer networks, interactive computer communications networks, and electronic publications, namely, Web pages and newsletters for others; computer programming design for others; database development services; consulting services relating to interactive databases; maintenance and servicing of computer software, telecommunications software, and Internet software; consulting and research in the fields of computers, telecommunications, and Web hosting; computer services, namely, creating, maintaining, and managing Web sites for others; telecommunication network planning, management, and support; hosting of computer bulletin boards for others, in International Class 42. |
| XOPTIONS | 2,870,340 8/3/2004 | Virtual network telecommunications services; electronic mail and voice mail messaging services; packet services; computer aided transmission of messages and images; audio teleconferencing services; private line voice, text, and data telecommunications services; telemission of voice, text, facsimile, video and data via terrestrial telecommunication links; asynchronous transfer mode services; telecommunications services provided through digital means, namely telecommunications services, namely, long distance, and international voice, text, and data telecommunications services; remote data access services, namely digital subscriber lines; telecommunications and data communications services, namely, providing access to telecommunications servers, relays, and lines of others for the collaborative and distributed use of computer software over communication lines; on-line information services relating to telecommunications services and security; electronic transmission of data, images, and documents via computer terminals; providing on-line electronic bulletin boards for transmission of messages among computer users concerning telecommunications services, telecommunication security, and Internet security; providing on-line electronic bulletin boards for telecommunication services and security; providing multiple user access to computer via computer terminals; providing multiple user access to computer networks; providing telecommunications connections to global computer networks; remote access data services, namely, virtual private networks, direct Internet access, dial-up Internet access, dial-up network access, in International Class 38. |
| XO COMMUNICATIONS | 2,952,036 5/17/2005 | Telecommunications services, namely, long distance, and international voice, text, facsimile, video, and data telecommunications services; providing frame relay connectivity services for data transfer; virtual network telecommunications services; electronic mail and voice mail packet services; computer aided transmission of messages and images; audio and video teleconferencing services; private line voice, text, facsimile, video and data telecommunications services; telecommunication services, |

| | | |
|---|---|---|
| | | namely integrated services digital network; telemission of voice, text, facsimile, video and data via terrestrial, and undersea telecommunications links; telecommunications services, namely, collect call services; asynchronous transfer mode services; location independent personal communications services comprised of data and facsimile services; providing telecommunications connections to global computer networks; communication by computer terminal; telecommunications services provided through digital means, namely, telecommunications services, namely, long distance and international voice, text, facsimile, video, and data telecommunications services; providing frame relay connectivity services for data transfer; electronic collection, transmission, and processing of messages and data; remote data access services, namely, virtual private networks, direct Internet access, dial-up Internet access, dial-up network access, and digital subscriber lines; electronic mail services; telecommunications and data communication services, namely providing access to telecommunications servers, relays, and lines of others for the collaborative and distributed use of computer software over communication lines; on-line information services relating to telecommunications services and security; electronic transmission of data, images, and documents via computer terminals; and providing multiple user access to computer via computer terminals; providing multiple user access to computer networks; telecommunications transponder leasing services; and providing online facilities for others for real-time interaction with other computer users, namely, instant messaging, in International Class 38;<br><br>Consulting services relating to voice and data communications; providing on-line or Internet information services in the fields of computers, computer and Internet security; computer services, namely, creating sites and other resources available on computer networks, and registration of Internet web sites with indexes and search engines for others; design of telecommunications systems, namely, voice, data, facsimile, and video communications systems; technical consulting services in the field of telecommunications; compilation, analysis, retrieval, and provision of information regarding managed security, Internet usage, global computer network usage, telephone usage, or Intranet network usage and extranet network usage; design, drawing, and commissioned writing, all for the compilation of web pages on the Internet; hosting of websites, computer databases, computer networks, interactive computer communications networks, and electronic publications, namely, web pages and newsletters for others; consulting services relating to interactive databases; consulting in the fields of telecommunications and web hosting; computer services, namely, creating, maintaining, and managing websites for others; telecommunications network management, and support; and hosting of computer bulletin boards for others, in International Class 42. |
| XO NOT JUST TALK | 2,854,201<br>6/15/2004 | Computer hardware and telecommunications software for Internet access, web hosting, networking, secured communications; |

computer hardware for telecommunications services, namely, local, long distance, and international voice, text, facsimile, video, and data telecommunication services; modems; voice and data transmitting, carrying and receiving equipment, namely telecommunication carriers, central office and remote terminals, channel banks; computer hardware and software for processing, logging, storing, transmission, reception, and/or retrieval of sound and/or data; compact discs and CD-ROMS for storage, recording, transmission, retrieval, reproduction, display and print-out of sound, images and/or data; prerecorded computer programs used in providing telecommunication services; prerecorded computer programs used in connection with and for accessing computer networks, databases, and computer bulletin boards, in International Class 9;

Business consulting services relating to telecommunications networks and business operations; providing telephone directory information; preparation and provision of statistical information relating to business, namely, telecommunications usage, computer network usage, and Internet Web site usage; compilation and provision of business and commercial information relating to telecommunications, web hosting, and electronic commerce; compilation and transcription of data, relating to telecommunications usage, computer network usage, and Internet Web site usage; preparation of business reports; computerized database management services; licensing of computer software; real-time customer support services in the field of telecommunications; data processing services, in International Class 35;

Construction of telecommunication systems, namely, voice, data, facsimile, and video communications systems and Internet connections; installation and maintenance of telecommunications systems, namely, voice and data communications systems, and Internet connections; installation, maintenance, and repair of computers, computer related hardware, and computer networks, in International Class 37;

Telecommunications service, namely, long distance, and international voice, text, facsimile, video and data telecommunications services; providing frame relay connectivity services for data transfer; virtual network telecommunications services; electronic mail and voice mail messaging services; packet services; computer aided transmission of messages and images; audio teleconferencing services; private line voice, text, and data telecommunications services; telecommunication services, namely, collect call services; asynchronous transfer mode services; providing telecommunications connections to global computer networks; Internet broadcast services; communication by computer terminal; telecommunications services provided through digital means, namely telecommunications services, namely, long distance, and international voice, text, and data telecommunications services; electronic collection, transmission, and processing of

| | | |
|---|---|---|
| | | messages and data; remote data access services, namely virtual private networks, direct Internet access, dial-up Internet access, dial-up network access, and digital subscriber lines; electronic mail services; telecommunications and data communications services, namely, providing access to telecommunications servers, relays, and lines of others for the collaborative and distributed use of computer software over communication lines; on-line information services relating to telecommunications services and security; electronic transmission of data, images, and documents via computer terminals; providing multiple user access to computer via computer terminals; providing multiple user access to computer networks; wireless digital messaging services; location independent personal communications services comprising mobile voice, data, and facsimile services; video teleconferencing services; telemission of voice, text, facsimile, video and data via satellite and undersea telecommunications links, in International Class 38;<br><br>Consulting services relating to information technology, computer networking, voice and data communications, and databases; providing on-line or Internet information services in the fields of computers, computer and Internet security; computer services, namely, registration of Internet web sites with indexes and search engines for others; design of telecommunications systems, namely, voice and data communication systems; technical consulting services in the field of telecommunications; compilation, analysis, retrieval, and provision of information regarding managed security, Internet usage, global computer network usage, telephone usage, or intranet network usage and extranet network usage; hosting of Web sites, computer databases, computer networks, interactive computer communications networks, and electronic publications, namely, Web pages and newsletters for others; database development services; consulting services relating to interactive databases; maintenance and servicing of computer software, telecommunications software, and Internet software; consulting in the fields of computers, telecommunications, and Web hosting; and computer services, namely, creating, maintaining, and managing Web sites for others; network planning, management, and support; hosting of computer bulletin boards for others, in International Class 42. |

15.    All the registrations listed above are valid and subsisting. They constitute, in all instances, prima facie evidence of XO's exclusive right to use these marks in connection with the products and services recited in the registrations.

16.     Each of XO's marks is inherently distinctive and, as a result of XO's widespread advertising and promotion of its services, each has also become exclusively identified with XO in the minds of the public.

17.     By virtue of the arbitrary nature and thus inherent strength of the XO mark as applied to XO's services and products, the extensive use and promotion of the XO mark in the telecommunications industry and elsewhere, the substantial sales of services and products under the XO mark, and the federal registrations for the XO mark, the XO mark is famous in the telecommunications industry and became famous prior to the Defendant's complained-of activities.

## DEFENDANT'S WRONGFUL ACTS

18.     Many years after XO began using its XO mark, Defendant began using the trademark and trade name XO OFFICE in connection with web-hosting and related services, including a web-based virtual office that provides businesses remote access to and management of e-mail, documents, files, calendar, tasks, meetings, contacts, projects, reporting, and timesheet management.

19.     Defendant's XO OFFICE virtual office product is promoted by Defendant as being built from Microsoft® technology including, Microsoft® Exchange, Microsoft® Windows® Server with Active Directory, Microsoft® SQL Server, Microsoft® Internet Information Server, Microsoft® Internet Security and Acceleration Server, Microsoft® Transaction Server, Microsoft® Visual Studio Suite, Microsoft® Certificate Server, and Microsoft® CryptoAPI Smartcard Login (FIPS 140 Compliant).

20.     On January 28, 2005, Defendant registered the domain names xooffice.com

14

and xooffice.net with Network Solutions, LLC. The domain xooffice.com is currently being used for a website featuring Defendant's XO OFFICE product.

21.    On February 15, 2006, after XO became aware of Defendant's use of the XO OFFICE mark and name and the domain name xooffice.com, XO's outside counsel sent a cease-and-desist letter to Defendant, demanding that it discontinue all use of the mark and name XO OFFICE and transfer the xooffice.com domain name to XO. Despite XO's repeated requests, Defendant did not provide a substantive response to XO's letter until July 27, 2006, during which time Defendant refused to discontinue its use of the XO OFFICE mark and name and the xooffice.com domain name.

22.    To date, Defendant has continued to use its XO OFFICE mark and name and xooffice.com domain name.

23.    Defendant's XO OFFICE web-hosting services are identical or closely related to the web-hosting services offered by XO under the XO mark and are promoted and sold to the same types of consumers as XO's web-hosting and telecommunications services offered under the XO mark.

24.    Defendant's use of the mark and trade name XO OFFICE and the domain name xooffice.com is likely to confuse consumers into mistakenly believing that Defendant and/or its products and services are offered, authorized, or sponsored by XO, or are otherwise connected, associated, or affiliated with XO.

25.    Defendant's actions described above have diluted and will continue to dilute the distinctiveness and value of XO's famous XO mark.

## INJURY TO XO

26. Defendant's use of the XO OFFICE mark and name and the xooffice.com domain name has damaged and injured and, if permitted to continue, will further damage and injure XO, its XO mark and name, XO's reputation and goodwill associated with that mark and name, and the public interest in being free from confusion.

27. Defendant's actions are likely to cause confusion, mistake, or deception as to the source or origin of Defendant's services, and are likely to falsely suggest a sponsorship, connection, or association of Defendant and its services with XO, thereby injuring XO and the public.

28. Defendant's actions described above have diluted and will continue to dilute the distinctiveness and value of XO's famous XO mark and name in the telecommunications industry, causing injury to XO.

## FIRST CLAIM FOR RELIEF
### Trademark Infringement Under
### Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1)

29. XO hereby repeats and realleges each and every allegation set forth in paragraphs 1 through 28 of this Complaint.

30. Without XO's consent, Defendant used and continues to use in commerce a reproduction, copy, and colorable imitation of XO's federally registered XO mark and XO-formative marks in connection with the offering, distribution, and advertising of goods and services, which is likely to cause confusion, or to cause mistake, or to deceive, in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

31. The actions of Defendant described above have at all times relevant to this action been willful and/or knowing.

32. As a direct and proximate result of the actions of Defendant alleged above, XO has been damaged and will continue to be damaged.

## SECOND CLAIM FOR RELIEF
### Trademark Infringement, False Designation
### of Origin, Passing Off, and Unfair Competition
### Under Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A)

33. XO repeats and realleges each and every allegation set forth in paragraphs 1 through 32 of this Complaint.

34. Defendant's actions as described above are likely to cause confusion, or to cause mistake, or to deceive as to the origin, sponsorship, or approval of Defendant's products, services, and commercial activities by or with XO, and thus constitute trademark infringement, false designation of origin, passing off, and unfair competition in violation of Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

35. The actions of Defendant described above have at all times relevant to this action been willful and/or knowing.

36. As a direct and proximate result of the actions of Defendant alleged above, XO has been damaged and will continue to be damaged.

17

### THIRD CLAIM FOR RELIEF
### Trademark Dilution Under Section
### 43(c) of the Lanham Act, 15 U.S.C. § 1125(c)

37.  XO repeats and realleges each and every allegation set forth in paragraphs 1 through 36 of this Complaint.

38.  XO's XO mark is famous, as the term is used in 15 U.S.C. § 1125(c), in the telecommunications industry and was famous prior to Defendant's first use of the mark and trade name XO OFFICE, based on, among other things, the inherent distinctiveness and federal registrations of XO's XO mark and the extensive use, advertising, promotion, and recognition of XO's XO mark.

39.  Defendant's actions, as described above, are likely to dilute the distinctive quality of XO's famous and well-known XO mark in violation of Section 43(c) of the Lanham Act, 15 U.S.C. §1125(c), as recently amended by the Trademark Dilution Revision Act of 2006.

### FOURTH CLAIM FOR RELIEF
### Cybersquatting Under Section 43(d)
### of The Lanham Act, 15 U.S.C. § 1125(d)

40.  XO repeats and realleges each and every allegation set forth in paragraphs 1 through 39 of this Complaint.

41.  Defendant's registration and/or use of the domain names xooffice.com and xooffice.net, occurring after XO's XO mark became distinctive and famous, constitute a bad-faith attempt to profit from the XO mark by using and/or registering domain names that are confusingly similar thereto and that are likely to dilute its distinctiveness, and are actionable under Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d).

42.   The actions of Defendant described above have at all times relevant to this action been willful and/or knowing.

43.   As a direct and proximate result of the actions of Defendant alleged above, XO has been damaged and will continue to be damaged.

### FIFTH CLAIM FOR RELIEF
### Common-Law Unfair Competition

44.   XO repeats and realleges each and every allegation set forth in paragraphs 1 through 43 of this Complaint.

45.   Defendant's actions as described above are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with XO, or as to the origin, sponsorship, or approval of Defendant, its services and products, and its commercial activities by or with XO such that Defendant's acts constitute unfair competition under the common law of the District of Columbia.

### PRAYER FOR RELIEF

Wherefore, Plaintiff XO demands judgment against Defendant and respectfully requests that this Court enter:

A.   An Order declaring that Defendant's use of the trademark and trade name XO OFFICE infringes XO's XO mark and XO-formative marks, is likely to dilute XO's famous XO mark, and constitutes unfair competition under federal and/or common law, as detailed above;

B.   An Order declaring that Defendant's registration and use of the domain names xooffice.com and xooffice.net constitute cybersquatting under federal law, as detailed above;

C.    A permanent injunction enjoining Defendant and its employees, agents, partners, officers, directors, owners, shareholders, principals, subsidiaries, related companies, affiliates, distributors, dealers, and all persons in active concert or participation with any of them:

(1)    From using the trademark and trade name XO OFFICE and the domain names xooffice.com and xooffice.net, any variations of the XO OFFICE mark and name, and any other marks or names that are confusingly similar to XO's XO mark and name or XO-formative marks and names or that dilute the distinctiveness of such marks and names, including but not limited to use as or as part of a trademark, trade name, corporate name, business name, e-mail address, domain name, URL, metatag, or other name, mark, or identifier; and

(2)    From representing by any means whatsoever, directly or indirectly, that Defendant, any products or services offered by Defendant, or any activities undertaken by Defendant, are associated or connected in any way with XO or sponsored by or affiliated or connected with XO;

D.    An Order directing Defendant to destroy all signage, advertisements, promotional materials, stationery, forms and any other materials and things that contain or bear the XO OFFICE mark and name and/or the xooffice.com or xooffice.net domain names, or any other marks or names that contain the term XO or are confusingly similar to or that dilute the distinctiveness of XO's XO mark;

E.    An Order directing Network Solutions, Inc. as the registrar, or the current registrar if different than Network Solutions Inc., to transfer to XO the domain names

xooffice.com and xooffice.net and any other domain names owned or controlled by Defendant that contain XO or a variation thereof;

F.    An Order directing Defendant to immediately remove and de-list the domain names xooffice.com and xooffice.net from any search engines and directories in which either appears;

G.    An Order directing Defendant to file with this Court and serve on XO's attorneys, thirty (30) days after the date of entry of any permanent injunction, a report in writing and under oath setting forth in detail the manner and form in which it has complied with the injunction;

H.    An Order requiring Defendant to account for and pay to XO any and all profits arising from the foregoing unlawful acts and trebling such profits for payment to XO in accordance with 15 U.S.C. § 1117 and other applicable laws;

I.    An Order requiring Defendant to pay XO compensatory damages in an amount as yet undetermined caused by the foregoing unlawful acts and trebling such damages in accordance with 15 U.S.C. § 1117 and other applicable laws;

J.    An Order requiring Defendant to pay XO actual profits/damages from Defendant's cybersquatting, or statutory damages in the amount of $200,000, in accordance with 15 U.S.C. § 1117;

K.    An Order requiring Defendant to pay XO punitive damages in an amount as yet undetermined caused by the foregoing unlawful acts of Defendant;

L.    An Order requiring Defendant to pay XO's costs and attorney's fees in this action pursuant to 15 U.S.C. § 1117 and other applicable laws; and

M.    Other relief as the Court may deem appropriate.

Respectfully Submitted,

Dated: November 9, 2006           By: _____
                                      Stephanie H. Bald (D.C. Bar No. 493933)

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Counsel for Plaintiff
XO Communications, Inc.

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| XO COMMUNICATIONS, LLC, 11111 Sunset Hills Drive Reston, Virginia 20190 | CYIOS CORPORATION |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Stephanie H. Bald (D.C. Bar No. 493933) FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. 901 New York Avenue, N.W. Washington, D.C. 20001 Telephone: (202) 408-4000 | Thomas W. Brooke Holland & Knight 2099 Pennsylvania Avenue, N.W., Suite 100 Washington, D.C. 20006 Telephone: (202) 663-7271 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**

- ☐ 410 Antitrust

**○ B. Personal Injury/ Malpractice**

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**⊙ E. General Civil (Other)      OR      ○ F. Pro Se General Civil**

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☒ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○  G.  *Habeas Corpus/* *2255* | ○  H.  *Employment* *Discrimination* | ○  I.  *FOIA/PRIVACY* *ACT* | ○  J.  *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○  K.  *Labor/ERISA* *(non-employment)* | ○  L.  *Other Civil Rights* *(non-employment)* | ○  M.  *Contract* | ○  N.  *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI.  CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

This is a cause of action for trademark infringement, unfair competition, dilution, and cybersquatting under 15 U.S.C. §§ 1114(1) & 1125(a), (c), and (d).

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** | Check YES only if demanded in complaint |
|---|---|---|---|
| | | **JURY DEMAND:** | YES ☐   NO ☒ |

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐   NO ☒   If yes, please complete related case form.

DATE  November 9, 2006    SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.