CO-386-online
10/03

# United States District Court
# For the District of Columbia

XO COMMUNICATIONS, LLC,　　　　　)
11111 Sunset Hills Drive　　　　　　　　)
Reston, Virginia 20190,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Plaintiff　　　　　　)　　Civil Action No._____
　　　vs　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
CYIOS CORPORATION　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Defendant　　　　　)

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __XO COMMUNICATIONS, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __XO COMMUNICATIONS, LLC__ which have any outstanding securities in the hands of the public:

Starfire Holding Corporation, XO Holdings, Inc., Coast to Coast Telecommunications, Inc., LHP Equipment, Inc., XO Communication Services, Inc., XO Global Communications, Inc., XO Interactive Inc., XO International Holdings, Inc., XO Long Distance Services (Virginia), LLC, XO Management Services, Inc., XO Nevada Merger Sub., Inc., XO Services, Inc., Nextlink Wireless, Inc., V & K Holdings, Inc., XO Management Services Nevada Inc., Telecommunications of Nevada LLC, XO Mindshare, LLC, XO Virginia, LLC, XO Intercity Holdings No.1, LLC, XO Data Services, LLC, XO Intercity Holdings No.2, LLC, Nextlink Global APS, XO International, Inc, XO Asia Limited, Cardiff Holding LLC, Highcrest Investors Corp, ACF Industries, Holding Corp, Buffalo Investors Corp.

These representations are made in order that judges of this court may determine the need for recusal.

　　　　　　　　　　　　　　　　　　Attorney of Record
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Signature

D.C. Bar No. 493933　　　　　　　　　Stephanie H. Bald
_____　　　_____
BAR IDENTIFICATION NO.　　　　　　Print Name

　　　　　　　　　　　　　　　　　　901 New York Avenue, N.W.
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　　　Washington, DC  20001
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　City　　　　State　　　Zip Code

　　　　　　　　　　　　　　　　　　(202) 408-4000
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Phone Number