IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XO COMMUNICATIONS, LLC,<br>11111 Sunset Hills Drive<br>Reston, Virginia 20190<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CYIOS CORPORATION,<br><br>　　　　　　Defendant. | )<br>)<br>)　CIVIL ACTION NO. 1:06CV01918<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENTED TO MOTION TO EXTEND**
**THE DEADLINE FOR SERVICE UNDER RULE 4(m)**

　　　　Plaintiff XO Communications, LLC, with the consent of Defendant CYIOS Corporation, respectfully moves this Court to extend the deadline for Plaintiff to serve its Complaint on Defendant by forty-five days, until April 23, 2007.  Plaintiff filed its Complaint on November 9, 2006 and service is due pursuant to Federal Rule of Civil Procedure 4(m) by March 9, 2007.  The Parties are settling their differences and need additional time to finalize settlement.  As such, Plaintiff requests an extension of time to serve its Complaint so that the Parties can finalize settlement without the need for Plaintiff to incur the additional costs associated with service and/or re-filing its Complaint.

　　　　Pursuant to Local Rule 7(m), Plaintiff's counsel conferred with Defendant's counsel by telephone on February 26, 2007 regarding this motion.  Defendant's counsel agreed to the extension and consented to this motion.

Respectfully Submitted,

Dated: February 28, 2007      By: __/s/ Stephanie H. Bald_____
                                           Stephanie H. Bald (D.C. Bar No. 493933)
                                           David M. Kelly (D.C. Bar No. 409718)

                                           FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER, L.L.P.
                                           901 New York Avenue, N.W.
                                           Washington, D.C. 20001
                                           Telephone: (202) 408-4000
                                           Facsimile: (202) 408-4400

                                           Counsel for Plaintiff
                                           XO Communications, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 28, 2007 a true and correct copy of the foregoing Consented To Motion To Extend The Deadline For Service Under Rule 4(m) and Proposed Order were served by first class mail on the following counsel for Defendant:

Thomas W. Brooke
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, DC, 20006

                                          By: /s/ Stephanie H. Bald
                                              Stephanie H. Bald (D.C. Bar No. 493933)
                                              FINNEGAN, HENDERSON, FARABOW,
                                                  GARRETT & DUNNER, L.L.P.
                                             901 New York Avenue N.W.
                                             Washington, DC 20001-4413

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| XO COMMUNICATIONS, LLC, )<br>11111 Sunset Hills Drive )<br>Reston, Virginia 20190 ) | CIVIL ACTION NO. 1:06CV01918 |
| )<br>Plaintiff, )<br>)<br>v. )<br>)<br>CYIOS CORPORATION, )<br>)<br>Defendant. ) | |

**[PROPOSED] ORDER GRANTING CONSENTED TO MOTION
TO EXTEND THE DEADLINE FOR SERVICE UNDER RULE 4(m)**

Having considered Plaintiff XO Communications, LLC's Consented To Motion To Extend The Deadline For Service Under Rule 4(m), this Court orders as follows:

Plaintiff is granted an extension of forty-five days, until April 23, 2007, to serve its Complaint on Defendant.

**SO ORDERED**

DATE: _____        _____
                                                                District Judge Ricardo M. Urbina