**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| XO COMMUNICATIONS, LLC, <br> 11111 Sunset Hills Drive <br> Reston, Virginia 20190 <br><br> Plaintiff, <br><br> v. <br><br> CYIOS CORPORATION, <br><br> Defendant. | ) <br> ) <br> )   Civil Action No. 1:06 CV 01918 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF VOLUNTARY DISMISSAL WITH**
**PREJUDICE PURSUANT TO RULE 41(a)(1)(i)**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff XO Communications, LLC hereby voluntarily dismisses the Complaint in the above-captioned action, with prejudice.  Defendant CYIOS Corporation has not served an answer or filed a motion for summary judgment.

Respectfully Submitted,

Dated:  April 18, 2007          By:   /s/ Stephanie H. Bald
                                     Stephanie H. Bald (D.C. Bar No. 493933)

                                     FINNEGAN, HENDERSON, FARABOW,
                                      GARRETT & DUNNER, L.L.P.
                                     901 New York Avenue, N.W.
                                     Washington, D.C. 20001
                                     Telephone: (202) 408-4000
                                     Facsimile: (202) 408-4400

                                     Counsel for Plaintiff
                                     XO Communications, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2007 a true and correct copy of the foregoing Notice of Voluntary Dismissal With Prejudice Pursuant to Rule 41(a)(1)(i) was served by first-class mail on the following counsel for Defendant:

Thomas W. Brooke
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, DC, 20006

By: /s/ Stephanie H. Bald
Stephanie H. Bald (D.C. Bar No. 493933)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC 20001-4413